United States District Court
District of Connecticut
FILED AT HARTFORD

MAY 9 2018

Roberta D. Tabora, Clerk

By_____
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | NO. 3:18mj 745 (DFM) |
|---|---|---|
| v. | : | |
| CHRISTON MITCHELL | : | May 9, 2018 |

I, Daniel A. Spera, a Special Agent with the Federal Bureau of Investigation, having been duly sworn, state:

## INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since July 2011. I am currently assigned to the Violent Crime Task Force of the New Haven Division. My experience as a FBI Agent has included the investigation of cases concerning domestic and international terrorism, bombing matters, narcotics trafficking, firearms act violations, money laundering, fraud, fugitive apprehension, stolen property, robbery, kidnapping, and other matters. I have received formal training at the FBI Academy in Quantico, Virginia, and have gained experience in interview and interrogation techniques, conducting physical and electronic surveillance, Title III intercepts, and various other criminal procedures. I have been an affiant of, and have participated in, the preparation and execution of search warrants and arrest warrants.

2. I am one of the case agents who have participated in the investigation that is the subject of this affidavit in conjunction with law enforcement agents and officers, and I am thoroughly familiar with the information contained herein.

3. From my training and experience, I know that it is a violation of 18 U.S.C. § 922(g)(1) for any person who has been convicted in any court of a crime punishable for a term of

1

imprisonment exceeding one year to possess in or affecting commerce any firearm or ammunition, or to receive any firearm or ammunition that has been shipped or transported in interstate or foreign commerce. The information contained in this affidavit is based on my personal involvement in this investigation, my training and experience, my review of documents, and information provided to me by other law enforcement officers.

4. I submit this affidavit in support of a criminal complaint against the following individual: **Christon MITCHELL ("MITCHELL"), a.k.a. BLAZE**, date of birth ▮▮▮▮ ▮▮ for violating 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon in possession of a firearm).

5. In light of the limited purpose for which this affidavit is being submitted, I have not included all facts known to me concerning the government's investigation of this matter.

## PROBABLE CAUSE

6. On May 8, 2018, TFO Abhilash Pillai, received information that MITCHELL was attempting to sell one or two firearms. An attempt to locate MITCHELL was not successful. On May 9, 2018, a FBI reliable, credible confidential human source (CHS) was used to attempt to make contact with MITCHELL. The CHS was provided with $450 dollars of Hartford Police Department funds. The CHS was directed to go to the Green Apple Market, 264 Farmington Avenue, Hartford.

7. At approximately 10:30 a.m., the FBI CHS was able to meet with MITCHELL. MITCHELL got into the CHS's vehicle, and the two drove around the block. During this trip around the block, the CHS gave MITCHELL $450 toward the purchase of a firearm.

8. Upon returning to the Green Apple Market, MITCHELL got out of the CHS's vehicle and returned to a Toyota Camry bearing Connecticut registration 489-ZJT. MITCHELL got into the passenger side of the car.

9. MITCHELL apparently saw law enforcement in the area conducting surveillance, and the Camry left the area at a high rate of speed and engaged surveillance units in pursuit. During the pursuit, the Camry rammed a surveillance unit (an Impala) and got onto 84 East and then I-91 South. The Camry ultimately got off at exit 28 and stopped in Wethersfield. MITCHELL jumped from the car and engaged law enforcement in a foot pursuit. He was caught a short distance from the Camry.

10. MITCHELL was found to be in possession of $350 of the money previously provided by the CHS. In addition, MITCHELL was in possession of a .40 caliber Hi-Point, Smith and Wesson bearing serial number X707399. The gun was loaded with seven rounds of ammunition. Based on my training and experience, and an examination of the firearm seized from MITCHELL, I believe that said firearm was manufactured in the State of Ohio, and, therefore, that the pistol had traveled or moved in interstate and/or foreign commerce in order to arrive in Connecticut.

11. In the course of this investigation, I have also determined that MITCHELL is a convicted felon. He has a criminal history that includes convictions for: Criminal Possession of a Weapon, in violation of C.G.S. § 53a-217; Conspiracy to Commit First Degree Robbery, in violation of C.G.S. § 53a-134(a)(4); First Degree Robbery, in violation of C.G.S. § 53a-134(a)(4); Second Degree Burglary, in violation of C.G.S. § 53a-102; Second Degree Sexual Assault, , in violation of C.G.S. § 53a-71; Third Degree Larceny, in violation of C.G.S. § 53a-124; Third Degree Robbery, in violation of C.G.S. § 53a-136; and Carrying a Dangerous Weapon, in violation of C.G.S. § 53a-206. Therefore, based on my investigation, MITCHELL is a person prohibited by federal law from possessing firearms.

12. Therefore, based on my investigation and the investigation of others, there is

probable cause to believe, and I do believe, that MITCHELL committed a violation of 18 U.S.C. § 922(g)(1) (Possession of a Firearm by a Convicted Felon). Accordingly, I request the issuance of a criminal complaint.

13. The foregoing is true and correct to the best of this affiant's knowledge.

DANIEL A. SPERA
SPECIAL AGENT
Federal Bureau of Investigation

Subscribed and sworn before me this 9th day of May, 2018

/s/ DFM

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

4